IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODRIGUEZ SPEAR,           )
                           )
        Petitioner,        )
                           )
vs.                        )   Case No. 4:05-CV-179
                           )
WARDEN TONY HOWERTON,      )
                           )
        Respondent.        )
_____)

# ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that Petitioner's motion for habeas relief made pursuant to 28 U.S.C. § 2254 be dismissed.  (Doc. 19.)  After a careful de novo review of the record in this case including Petitioner's Objections, the Court concurs with the Magistrate and adopts the Report and Recommendation as the opinion of the Court.  Accordingly, this action is **DISMISSED**.

In addition to his Objections, Petitioner submitted his "Application for Certificate of Probable Cause" and "Notice of Appeal."  (Docs. 22 & 23.)  Petitioner explained that he was uncertain as to whether the Report and Recommendation is a final order.  Because the Report and Recommendation was not a final order, it was not appealable.  Accordingly, his Application for a certificate of probable cause is **DENIED**.  However, the instant Order dismissing this case is a final Order.  If Petitioner wishes to appeal this Order, he must file a Notice of Appeal within thirty

days of the date of this Order and move the Court to issue a certificate of appealability. 28 U.S.C. §§ 2107(a) & 2253(c); Fed. R. App. P. 4(a). The Court will only issue such a certificate if Petitioner makes a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

**SO ORDERED** this 17th day of July, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA