IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 JUL 21 PM 2: 25

| | | |
|---|---|---|
| RODRIGUEZ SPEAR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. CV405-179 |
| | ) | |
| TONY HOWERTON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Petitioner's Motion to Add Objections (Doc. 73) is **GRANTED,** and the Court has considered all of Petitioner's filings in reaching its decision. Petitioner's request for oral argument is **DENIED.** All other pending motions are **DENIED AS MOOT.** The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 21st day of July, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA