IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODRIGUEZ SPEAR, )
)
    Petitioner, )
)
vs. ) CASE NO. CV405-179
)
TONY HOWERTON, Warden, )
)
    Respondent. )
_____)

## O R D E R

Before the Court are Petitioner's Motion for Certificate of Appealability (Doc. 90) and Motion for Leave to Appeal In Forma Pauperis (Doc. 91).[1] Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the court issues a Certificate of Appealability. This Certificate may issue only if the Petitioner has made a substantial showing of the denial of a constitutional right. Slack v. McDaniel, 529 U.S. 473, 484 (2000). The Court has carefully considered Petitioner's Motion and finds that Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, Petitioner's request for Certificate of Appealability is **DENIED**.

---

[1] Petitioner has also filed a Motion for Reconsideration of this Court's Order denying Petitioner's previous Request for a Certificate of Appealability. (Doc. 89.) The Court finds no reason to disturb its prior Order. Therefore, Petitioner's Motion for Reconsideration is **DENIED**.

Petitioner also moves to proceed in forma pauperis on appeal. However, this motion is also **DENIED** because the Court finds this appeal to be frivolous and without merit. All other pending Motions are **DENIED AS MOOT**.

SO ORDERED this 7th day of October, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA